HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA BAR #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MARCIAL GALVAN-PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00004-EPG |
| Plaintiff, | **MOTION FOR TEMPORARY RELEASE; ORDER** |
| vs. | *EMERGENCY RELIEF REQUESTED* |
| MARCIAL GALVAN-PONCE, | |
| Defendant. | |

Pursuant to 18 U.S.C. § 3142(i), Marcial Galvan-Ponce, by and through his attorney of record, Assistant Federal Defender Reed Grantham, hereby moves this Court for an order temporarily releasing Mr. Galvan-Ponce on Wednesday, January 17, 2018, between 10:00 a.m. and 4:00 p.m., so that he can travel to Our Lady of Guadalupe Church, located at 1015 Clinton Street, in Delano, California, 93215, and to North Kern Cemetery District, located at 627 Austin Street, in Delano, California 93215 to attend the internment and funeral proceedings for Mary Helen Lopez, his common-law wife of over 30 years, who passed away on January 2, 2018. Section 3142(i) provides that a "judicial officer may, by subsequent order, permit the temporary release of the person, in the custody of a United States marshal or another appropriate person, to the extent that the judicial officer determines such release to be necessary for preparation of the person's defense or for another compelling reason."

Mr. Galvan-Ponce's common-law wife, Mary Helen Lopez, passed away on January 2,

2018. Ms. Lopez has long suffered from severe asthma and her passing, though unexpected, appears to have been related to her longstanding condition. Defense counsel was made aware of her passing on January 8, 2018, and funeral arrangements were finalized on the afternoon of January 9, 2018. Her funeral service is scheduled to take place over two days between Tuesday, January 16, 2018, and Wednesday, January 17, 2018. An open-casket visitation is scheduled for Tuesday, January 16, 2018 between 3:00 p.m. and 7:00 p.m. at Parkview Mortuary located at 315 S. Lexington Street, in Delano, California 93215. A mass at Our Lady of Guadalupe Church located at 1015 Clinton Street, in Delano, California, 93215, is scheduled to take place the following day on Wednesday, January 17, 2018, between 12:00 p.m. and 1:00 p.m. A committal is also scheduled to take place that day at North Kern Cemetery District, located at 627 Austin Street, in Delano, California 93215, between 1:00 p.m. and 2:00 p.m. *See* Exhibit A.

Mr. Galvan-Ponce is requesting that he be released at 10:00 a.m. on Wednesday, January 17, 2018. He will be transported by Victor Gonzalez, an investigator from the Federal Public Defender's office, and Kevin Mitchel, a social worker/paralegal for the Federal Public Defender's office. Mr. Gonzalez and Mr. Mitchel will return Mr. Galvan-Ponce to Fresno County Jail on January 17, 2018, by 4:00 p.m.

Based on the foregoing, Mr. Galvan-Ponce requests that he be temporarily released. The government has no opposition to this request.

                                                      HEATHER E. WILLIAMS
                                                      Federal Defender

DATED: January 10, 2018                     */s/ Reed Grantham*
                                                      REED GRANTAHM
                                                      Assistant Federal Defender
                                                      Attorney for Defendant
                                                      MARCIAL GALVAN-PONCE

Galvan-Ponce - Motion for Temporary Release

| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA BAR #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant |
| | MARCIAL GALVAN-PONCE |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:18-mj-00004-EPG |
|---|---|
| Plaintiff, | ) **ORDER FOR TEMPORARY RELEASE** |
| vs. | ) |
| MARCIAL GALVAN-PONCE, | ) |
| Defendant. | ) |

Upon consideration of defendant Marcial Galvan-Ponce's motion for temporary release, IT IS HEREBY ORDERED that the motion is GRANTED. Mr. Galvan-Ponce is hereby released to the custody of Victor Gonzalez and Kevin Mitchel from the Federal Public Defender's office, for transport from Fresno County Jail to Our Lady of Guadalupe Church, North Kern Cemetery, and back to Fresno County Jail. Mr. Galvan-Ponce shall be released at 10:00 a.m. on January 17, 2018. He shall return to Fresno County Jail no later than 4:00 p.m. on January 17, 2018.

Defendant is ordered to abide by all rules and regulations issued by the U.S. Marshals during his release.

IT IS SO ORDERED.

Dated: **January 11, 2018**          /s/ *Sheila K. Oberto*
                                     UNITED STATES MAGISTRATE JUDGE